# Exhibit 2

Non-Method Claim: 1

| US9001581 | Apacer AS2280Q4U SSD ("The accused product") |
| --- | --- |
| 1. A semiconductor memory device comprising: | The accused product is a semiconductor memory device (e.g., the accused product).<br><br>As shown below, the accused product is an SSD (semiconductor memory) based on Micron 3D NAND Flash chips.<br><br><br>https://www.apacer.com/en/product/personal-product/detail/personal_ssd/as2280q4u_m2_pcie_gen4x4 |

<table>
<tr>
<td></td>
<td>

# What is a solid-state drive?

A solid-state drive (SSD) is a semiconductor-based storage device, which typically uses NAND flash memory to save persistent data. Solid-state technology is transforming the storage with high speed flash memory.

https://www.ibm.com/think/topics/solid-state-drives

## Apacer AS2280Q4U 1 TB (Phison E18 + Micron B47R)

1 TB CAPACITY | Phison E18 CONTROLLER | TLC FLASH | PCIe 4.0 x4 INTERFACE | M.2 2280 FORM FACTOR




https://www.techpowerup.com/ssd-specs/apacer-as2280q4u-1-tb.d1101

</td>
</tr>
</table>

| | |
|---|---|
| BiCS6 1Tb<br>2 TB | |
| Overprovisioning: | 70.3 GB / 7.4 % |
| Production: | Active |
| Released: | Jul 15th, 2022 |
| Part Number: | AP1TBAS2280Q4U-1 |
| Market: | Consumer |

| NAND Flash | |
|---|---|
| Manufacturer: | Micron |
| Name: | B47R FortisFlash |
| Type: | TLC |
| Technology: | 176-layer |
| Speed: | 1200 MT/s .. 1600 MT/s |
| Capacity: | 4 chips @ 2 Tbit |

| | |
|---|---|
| Foundry: | TSMC |
| Process: | 12 nm |
| Flash Channels: | 8 @ 1,600 MT/s |
| Chip Enables: | 4 |
| Controller Features: | DRAM (enabled) |

https://www.techpowerup.com/ssd-specs/apacer-as2280q4u-1-tb.d1101

| Claim element | Accused product |
|---|---|
| a plurality of semiconductor memory cells; | The accused product discloses a plurality of semiconductor memory cells (e.g., TLC memory cells). |

As shown below, the accused product is based on Micron 3D NAND Flash chips which use TLC semiconductor memory cells. Each TLC cell stores three bits of data, and the accused product contains a large number of such TLC cells, which together provide the total storage capacity of 1TB or 2TB, depending on the model.

## Spec

| | |
|---|---|
| **Product Name** | AS2280Q4U |
| **Capacity** | 512GB/1TB/2TB/4TB/8TB |
| **Interface** | PCIe Gen4 x4 |
| **NAND Flash** | 3D NAND |

https://www.apacer.com/en/product/personal-product/detail/personal_ssd/as2280q4u_m2_pcie_gen4x4




https://www.techpowerup.com/ssd-specs/apacer-as2280q4u-1-tb.d1101




https://www.micron.com/products/storage/nand-flash/3d-nand/part-catalog/part-detail/mt29f4t08euleem4-r-e

| | |
|---|---|
| | <br>SEM cross-section of 3D-NAND stack (Source: Intel/Micron/IEDM)<br>https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html |




**Figure 2.** 3D NAND array architecture [35]. (**a**) Schematics of 3 × 3 NAND strings and (**b**) bird's eye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actual 3D NAND has more than 128 WLs in a string.

https://www.mdpi.com/2079-9292/10/24/3156

## Understanding Multilayer SSDs: SLC, MLC, TLC, QLC, and PLC

Multilayer solid-state drives use different numbers of cells to store data. Here's what you need to know about the different types.

**TLC: Triple-Level Cell SSDs**

Triple-level cell SSDs can hold three bits per NAND cell, and have eight different voltage states. This increases storage capacity while reducing the cost of an SSD. It also provides faster performance. But the endurance takes a hit, with an expected lifespan of just 3,000 P/E cycles for TLC SSDs. TLC NAND chips are used in many digital consumer products.

https://www.enterprisestorageforum.com/hardware/understanding-multilayer-ssds/

| | |
|---|---|
| at least one contact configured to electrically connect said memory cells to at least one control line, wherein the number of said contacts is less than the number of said memory cells; and | The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., bit line), wherein the number of said contacts (e.g., bit line contacts) is less than the number of said memory cells (e.g., TLC memory cells).<br><br>As shown below, the accused product is based on Micron 3D NAND Flash chips that use a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells. |




https://www.techpowerup.com/ssd-specs/apacer-as2280q4u-1-tb.d1101

**Specifications**

| Component Density | Capacity | Speed | MT/s | I/O Voltage | Operating Temp |
|---|---|---|---|---|---|
| **4Tb** | **4Tb** | **NSRMHz** | **NSRMTPS** | **1.2 VOLTS** | **70C** |
| Bus Width | Part Status Code | Component Config | Dry Pack Qty | Package Dimension (W x L x H) mm | Tape & Reel Qty |
| **x8** | **End of Life** | **512Gb x8** | **1120** | **12.00 x 18.00 x 1.30** | **2000** |
| Package Type | Number of Components | Web Technology | Family | Package | Technology (memory cell) |
| **GREEN** | **8** | **3D NAND** | **NAND FLASH** | **LBGA** | **TLC** |

https://www.micron.com/products/storage/nand-flash/3d-nand/part-catalog/part-detail/mt29f4t08euleem4-r-e

<table>
<tr>
<td></td>
<td>



SEM cross-section of 3D-NAND stack (Source: Intel/Micron/IEDM)

https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html
</td>
</tr>
</table>

| | |
|---|---|
| | <br>**Figure 2.** 3D NAND array architecture [35]. (**a**) Schematics of 3 × 3 NAND strings and (**b**) bird's e ye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actu al 3D NAND has more than 128 WLs in a string.<br>https://www.mdpi.com/2079-9292/10/24/3156 |
| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product is a memory device (e.g., the accused product), said memory device (e.g., the accused product) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion (e.g., charge trap layer) of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).<br><br>As shown below, the accused product is based on Micron 3D NAND Flash chips and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

| | |
|---|---|
| BiCS6 1Tb | |
| | 2 TB |
| Overprovisioning: | 70.3 GB / 7.4 % |
| Production: | Active |
| Released: | Jul 15th, 2022 |
| Part Number: | AP1TBAS2280Q4U-1 |
| Market: | Consumer |

**Performance**

| | |
|---|---|
| Sequential Read: | 7,300 MB/s |

**NAND Flash**

| | |
|---|---|
| Manufacturer: | Micron |
| Name: | B47R FortisFlash |
| Type: | TLC |
| Technology: | 176-layer |
| Speed: | 1200 MT/s .. 1600 MT/s |
| Capacity: | 4 chips @ 2 Tbit |
| ONFI: | 4.1 |
| Topology: | Replacement Gate |

memory cell

| | |
|---|---|
| Foundry: | TSMC |
| Process: | 12 nm |
| Flash Channels: | 8 @ 1,600 MT/s |
| Chip Enables: | 4 |
| Controller Features: | DRAM (enabled) |

**DRAM Cache**

| | |
|---|---|
| Type: | DDR4 |
| Name: | SK Hynix |

https://www.techpowerup.com/ssd-specs/apacer-as2280q4u-1-tb.d1101

## Specifications

| Component Density | Capacity | Speed | MT/s | I/O Voltage | Operating Temp |
|---|---|---|---|---|---|
| **4Tb** | **4Tb** | **NSRMHz** | **NSRMTPS** | **1.2 VOLTS** | **70C** |

| Bus Width | Part Status Code | Component Config | Dry Pack Qty | Package Dimension (W x L x H) mm | Tape & Reel Qty |
|---|---|---|---|---|---|
| **x8** | **End of Life** | **512Gb x8** | **1120** | **12.00 x 18.00 x 1.30** | **2000** |

memory cell

| Package Type | Number of Components | Web Technology | Family | Package | Technology |
|---|---|---|---|---|---|
| **GREEN** | **8** | **3D NAND** | **NAND FLASH** | **LBGA** | **TLC** |

https://www.micron.com/products/storage/nand-flash/3d-nand/part-catalog/part-detail/mt29f4t08euleem4-r-e




https://www.mdpi.com/2079-9292/10/24/3156

# Micron 3D RG NAND Technology

**RG Design Innovation**

Micron's 3D RG NAND flash storage creates a cell-to-cell approach that is closer to an interaction-free structure by using replacement-gate technology. The RG innovation is a nonconductive layer of silicon nitride (SiN) acting as a NAND storage cell to trap electrical charges. In 3D RG NAND, this layer surrounds the inside of the control gate of the cell, functioning as an insulator that stores charges. Figure 1 shows how this design significantly decreases the cell-to-cell capacitive coupling issues in traditional NAND that limit performance.

https://assets.micron.com/adobe/assets/urn:aaid:aem:3c193535-1112-4b90-a5d8-3545ed0b021b/renditions/original/as/micron-rg-3d-nand-whitepaper.pdf